UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

------------------------------------------------X

GEORGIA-PACIFIC CORP.
133 Peachtree Street, NE
Atlanta, GA 30303,    :

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE
1111 Constitution Av, NW
Washington, DC 20224,

        Defendant.    :

------------------------------------------------X

CASE NUMBER 1:05CV02431

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/20/2005

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, ("FOIA"), as amended, for injunctive and other appropriate relief for the disclosure and release of agency records improperly withheld by the Internal Revenue Service.

### JURISDICTION AND VENUE

2. This court has both subject matter jurisdiction over this matter and personal jurisdiction over the parties pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1331. Venue lies in the district under 5 U.S.C. §552(a)(4)(B).

### THE PARTIES

3. Plaintiff Georgia-Pacific Corp. is a domestic publicly traded corporation engaged in various business activities.

4. Defendant Internal Revenue Service ("IRS") is an agency of the federal government within the meaning of 5 U.S.C. §552(f) and subject to the requirements of the FOIA.

## STATEMENT OF FACTS

5. By letter to the IRS dated August 25, 2005, plaintiff's attorney, Barbara T. Kaplan, Esq., on behalf of plaintiff, requested copies of any and all documents, reports, records, memoranda, correspondence, notes, research, or other written or electronic materials, including public comments and hearing transcripts, that pertain to or were considered, reviewed, or referred to by Internal Revenue Service or Treasury Department personnel in connection with the promulgation, and any amendments thereto, of Treasury Regulation §1.103-8(f), T.D. 7199.

6. By letter to plaintiff's attorney dated September 21, 2005 (reference number: SE:S:CLD:GLD:D3:/2005-00819), the IRS stated that it must ask for additional time to locate and consider releasing its records covered in the FOIA request, and that it will try to respond within 60 days from the date of its letter.

7. By a second letter to plaintiff's attorney dated November 28, 2005 (reference number: SE:S:CLD:GLD:D3:/2006-00207), the IRS asked again for an additional 60 days to locate and consider releasing its records covered in the FOIA request. The IRS also stated that if plaintiff's attorney agreed to the extension of time, no reply to the IRS's letter was necessary.

8. Plaintiff does not agree to any further extension of time to respond to the FOIA request.

9. To date, the IRS has not issued a determination on the FOIA request, despite the requirement under FOIA that it do so within twenty (20) working days.

10. Plaintiff has exhausted the applicable administrative remedies with respect to the FOIA request.

## CAUSE OF ACTION

### Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records

11. Plaintiff reasserts and incorporates herein the allegations set forth in paragraphs 1 through 10.

12. Defendant has wrongfully withheld agency records requested by plaintiff's attorney.

13. Plaintiff, through its attorney, has exhausted the applicable administrative remedies with respect to the defendant's wrongful withholding of the requested records.

14. Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested documents.

## **REQUESTED RELIEF**

15. Plaintiff requests that this court:

    (a)     order the defendant to disclose to plaintiff the requested records in their entirety and make copies available to plaintiff;

    (b)     award plaintiff its costs and attorney's fees incurred in this action; and

    (c)     grant such other further relief as may be just and proper.

Dated: December 20, 2005                         Respectfully submitted,

David P. Callet (D.C. Bar # 181990)
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3100 (office)
(202) 331-3101 (fax)

**Counsel for Plaintiff
Georgia-Pacific Corp.**

## CERTIFICATE OF SERVICE

I hereby certify on this the 20th day of December, 2005, that a copy of the foregoing COMPLAINT FOR INJUNCTIVE RELIEF has been duly served upon the Defendant of record by hand by process server addressed as shown below to the attorney for:

                                        Internal Revenue Service
                                        111 Constitution Avenue, NW
                                        Washington, DC 20224

                                        _____
                                        Jacqueline Arendse