IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---------------------------------------------------X

GEORGIA-PACIFIC CORP.,                :       CASE NUMBER 1:05CV02431

    Plaintiff,                                         JUDGE: Reggie B. Walton

    v.                                                      DECK TYPE: FOIA/Privacy Act

INTERNAL REVENUE SERVICE,               DATE STAMP: 12/20/2005

    Defendant.              :

---------------------------------------------------X

### LCvR 7.1 CERTIFICATE

I, the undersigned counsel for Plaintiff Georgia-Pacific Corp. ("Plaintiff"), certify that, to the best of my knowledge and belief, the Plaintiff has no parent corporation and there is no publicly held corporation that owns 10% or more of the Plaintiff's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 20, 2005                Respectfully submitted,

                                                                                    David P. Callet (D.C. Bar # 181990)
                                                                                   Greenberg Traurig LLP
                                                                                   800 Connecticut Avenue, N.W.
                                                                                  Suite 500
                                                                                  Washington, D.C. 20006
                                                                                  (202) 331-3100 (office)
                                                                                  (202) 331-3101 (fax)

                                                                                  **Counsel for Plaintiff**
                                                                                  **Georgia-Pacific Corp.**

2

## CERTIFICATE OF SERVICE

I hereby certify on this the 20th day of December, 2005, that a copy of the foregoing LCvR 7.1 CERTIFICATE has been duly served upon the Defendant of record by hand by process server addressed as shown below to the attorney for:

        Internal Revenue Service
        111 Constitution Avenue, NW
        Washington, DC 20224

_____
Jacqueline Arendse