IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGIA-PACIFIC CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV02431 (RBW) |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

DEFENDANT, the Internal Revenue Service, answers and responds to Plaintiff's Complaint for Injunctive Relief as follows:

### FIRST DEFENSE

Plaintiff is not entitled to its costs or attorneys' fees.

### SECOND DEFENSE

Some or all of the documents responsive to Plaintiff's request are exempt from disclosure in whole or in part pursuant to 5 U.S.C. §552(b).

### THIRD DEFENSE

To the extent Plaintiff is or may be seeking declaratory relief, the Court lacks subject matter jurisdiction over the complaint.

### FOURTH DEFENSE

FOR ITS FURTHER ANSWER, the Internal Revenue Service answers the enumerated paragraphs of the Complaint for Declaratory and Injunctive Relief as follows:

1. This is a characterization of Plaintiff's complaint to which no response is required. To the extent a response is required, the Service admits that the paragraph accurately characterizes the complaint.

2. The Service admits the allegations contained in this paragraph.

3. The Service admits the allegations contained in this paragraph.

4. The Service admits the allegations contained in this paragraph.

5. The Service admits the allegations contained in this paragraph.

6. The Service admits the allegations contained in this paragraph.

7. The Service admits the allegations contained in this paragraph.

8. The Service admits the allegations contained in this paragraph.

9. The Service admits the allegations contained in this paragraph.

10. The Service admits the allegations contained in this paragraph.

11. This paragraph incorporates the preceding paragraphs; therefore, the Service incorporates the same responses.

12. The Service denies the allegations contained in this paragraph.

13. The Service admits the allegations contained in this paragraph, except to deny that any records have been wrongfully withheld.

14. The Service denies the allegations contained in this paragraph.

WHEREFORE, the Internal Revenue Service prays that this Court enter an order:

A. Dismissing this action with prejudice; and

  B. Awarding such other and further relief as is just and proper in the circumstances.

Dated: February 16, 2006.

                /s/ Brittney N. Campbell
                DAVID M. KATINSKY
                BRITTNEY N. CAMPBELL
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227
                Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 307-6435

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing ANSWER was caused to be served this 16th day of February, 2006, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

> David P. Callet, Esq.
> Greenberg Traurig LLP
> 800 Connecticut Avenue, NW
> Suite 500
> Washington, D.C. 20006

> /s/ Brittney N. Campbell
> BRITTNEY N. CAMPBELL