IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV02431 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF DAVID M. KATINSKY

TO THE CLERK OF THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA:

Please enter the appearance of David M. Katinsky on behalf of the defendant, the Internal Revenue Service, along with Brittney N. Campbell.

Dated: February 21, 2006.

                                        /s/ David M. Katinsky
                                        DAVID M. KATINSKY
                                        BRITTNEY N. CAMPBELL
                                        Trial Attorneys, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 307-6435

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing NOTICE OF APPEARANCE OF DAVID M. KATINSKY was caused to be served this 21st day of February, 2006, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>David P. Callet, Esq.
>Greenberg Traurig LLP
>800 Connecticut Avenue, NW
>Suite 500
>Washington, D.C. 20006

      /s/ David M. Katinsky    l
      DAVID M. KATINSKY

1554034.1