# EXHIBIT 1

# Greenberg
# Traurig

Barbara T. Kaplan
Tel. (212) 801-9250
Fax (212) 801-6400
kaplanb@gtlaw.com

August 25, 2005

**VIA CERTIFIED MAIL**

IRS FOIA Request
Headquarters Disclosure Office
CL:GLD:D
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

      Re:    <u>Freedom of Information Act Request</u>

Dear Sir or Madam:

      Under the provisions of the Freedom of Information Act, 5 U.S.C. § 552 and the regulations thereunder, I request copies of any and all documents, reports, records, memoranda, correspondence, notes, research, or other written or electronic materials, including public comments and hearing transcripts, that pertain to or were considered, reviewed, or referred to by Internal Revenue Service or Treasury Department personnel in connection with the promulgation, and any amendments thereto, of Treasury Regulation Section 1.103-8(f), T.D. 7199 (copy attached).

      For purposes of responding to this request, the term "document" or "record" includes, without limitation, memoranda, agreements, papers, correspondence, notes, studies, graphs, diagrams, photographs, charts, projections, tabulations, analyses, questionnaires and responses, work papers, summaries, data sheets, reports, statistical or informational accumulations, data processing cards or worksheets, computer stored and generated documents, computer databases, computer disks and formats, machine readable electronic files or records maintained on a computer, telexes, telegrams, electronic mail (commonly referred to as "e-mail"), and similar or related documents and materials.

      Please send copies of these records to Barbara T. Kaplan, Esq., Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166. I agree to pay any search, duplicating and review fees.

      Should you determine that any portion of the records or information I request is exempt, please supply me with a copy of the portion considered nonexempt. If all of any

Internal Revenue Service
August 25, 2005
Page 2

part of this request is denied, please notify me of the specific exemption(s) you think justifies your refusal to release the information.

If you have any questions, please contact me at 212-801-9250. Thank you in advance for your assistance.

Sincerely,

Barbara T. Kaplan

Enclosure