# EXHIBIT 3



U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

---

BNC:dlb
5-16-3958
CMN 2006101343

Post Office Box 227
Washington, DC 20044

Telephone: (202) 514-0472
Telecopier: (202) 514-6866

March 1, 2006

**BY TELEFAX (331-3101) AND U.S. MAIL**

David P. Callet, Esq.
Ross Eisenberg, Esq.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006

　　　Re:　Georgia-Pacific Corp. v. Internal Revenue Service
　　　　　　<u>Civil No. 05-02431 (RBW) (USDC DDC)</u>

Dear Messrs. Callet and Eisenberg:

　　　Following my conversation today with Mr. Eisenberg, I realized that LCvR 16.3 provides that FOIA actions are exempt from its meeting and reporting requirements. While normally, there will be a separate court order requiring such a report, there has been none to date in this case. Nonetheless, in order to expedite the case and to address what you have described to me to be plaintiff's concerns, I propose the following schedule:

| | |
|---|---|
| April 21, 2006 | IRS provides all releasable documents |
| May 12, 2006 | IRS provides signed declaration(s) to plaintiff describing search and exemption claims |
| May 19, 2006 | Plaintiff tells IRS whether it will contest search and what exemption claims it will contest |
| June 16, 2006 | Parties file cross-motions for summary judgment |
| July 14, 2006 | Parties file oppositions to cross-motions |

- 2 -

    Please advise us as to plaintiff's response to this proposal. If this proposal is accepted, the IRS is willing to transfer it to a proposed scheduling order once such an order is requested by the Court.

                                            Sincerely yours,

                                            DAVID M. KATINSKY
                                            Trial Attorney
                                      Civil Trial Section, Eastern Region

Enclosure

cc:    Deborah Lambert-Dean, Esq.
       Office of Chief Counsel Disclosure
       111 Constitution Ave., NW
       Room 5501
       Washington, DC 20224

       Brittney Campbell, Esq.

1569050.1