IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-02431 (RBW) |
| ) | Judge Reggie B. Walton |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT MEET AND CONFER STATEMENT AND
REVISED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(f), LCivR 16.3(c), and the Court's April 6, 2006 Order for Initial Scheduling Conference, Plaintiff Georgia-Pacific Corporation ("Georgia-Pacific") and Defendant Internal Revenue Service ("IRS") submit this Joint Meet and Confer Statement.

Upon further meet and confer, the parties have reached an agreement as to <u>all</u> previously-disputed dates for resolution of this case. The dates agreed to are as follows:

| April 21, 2006 | IRS provides all releasable documents. |
|---|---|
| May 12, 2006 | IRS provides signed declarations to plaintiff describing its search and exemption claims. |
| May 19, 2006 | Plaintiff tells IRS whether it will contest search and what exemption claims it will contest. |
| June 16, 2006 | Parties file cross-motions for summary judgment. |
| July 7, 2006 | Parties file oppositions to cross-motions. |

Accordingly, based on the Court's approval and entry of the attached scheduling order, the parties respectfully request that the scheduling conference tentatively set for Wednesday, May

10, 2006 be canceled.  <u>No issues remain that cannot be resolved through cross-motions for summary judgment as set forth in the attached scheduling order</u>.

Respectfully submitted,

| | |
|---|---|
| GREENBERG TRAURIG LLP<br>800 Connecticut Ave., N.W.<br>Suite 500<br>Washington, DC 20006 | U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>Civil Trial Section, Eastern Region<br>P.O. Box 227 – Ben Franklin Station<br>Washington, DC 20044 |
| /s/ David P. Callet<br>David P. Callet (DC Bar No. 181990)<br>Ross E. Eisenberg (DC Bar No. 489045) | /s/ Brittney N. Campbell<br>Brittney N. Campbell<br>David M. Katinsky |
| | Counsel for Defendant<br>Internal Revenue Service |
| OF COUNSEL: | |

Michael L. Lehr
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA  19103

Counsel for Plaintiff
Georgia-Pacific Corporation

Dated May 8, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-02431 (RBW) |
| ) | Judge Reggie B. Walton |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

This matter having come before this Court on a joint motion for a scheduling order,

**IT IS ORDERED:**

That the following schedule be followed:

| April 21, 2006 | IRS will provide all releasable documents. |
|---|---|
| May 12, 2006 | IRS provides signed declaration to plaintiff describing its search and exemption claims. |
| May 19, 2006 | Plaintiff tells IRS whether it will contest the IRS's search and exemption claims. |
| June 16, 2006 | Parties file cross-motions for summary judgment. |
| July 7, 2006 | Parties file oppositions to cross-motions. |

_____
U.S. District Judge

DATED: _____