# Table of Contents

Page

BACKGROUND ...................................................................................................................... 1

I. Nature of the Documents Sought .................................................................................. 1

II. IRS's History of Delay ................................................................................................. 2

ARGUMENT ........................................................................................................................... 5

I. Summary Judgment Standard ....................................................................................... 5

II. The Government's search for documents responsive to Georgia-Pacific's FOIA request was inadequate ...................................................................................... 5

III. The Government's flawed Declaration indicates that seven documents have been improperly withheld by IRS under Exemption 5, 5 U.S.C. § 552(b)(5) ............................................................................................................... 9

    A. The Declaration does not satisfy the requirements of *Vaughn v. Rosen* .................................................................................................... 9

    B. Exemption 5 and the deliberative process privilege allow IRS to withhold only documents that are both "predecisional" and "deliberative" .................. 11

    C. Seven documents have been improperly withheld by IRS .............................. 12

    D. The only adequate remedy is an *in camera* inspection of the seven documents to determine whether they should be released ............................. 15

CONCLUSION ...................................................................................................................... 16