## Table of Authorities

<u>Cases</u>

American Soc'y of Pension Actuaries v. Internal Revenue Serv.,
746 F. Supp. 188 (D. D.C. 1990) ("ASPA") ......................................................6, 12, 14-15

Campbell v. United States Dep't of Justice, 164 F.3d 20 (D.C. Cir. 1998) ......................5, 7-8, 10

Citizens for Responsibility and Ethics in Wash. v. Department of Justice,
405 F. Supp. 2d 3 (D. D.C. 2005)........................................................................16

Defenders of Wildlife v. United States Dep't of Agriculture,
311 F. Supp. 2d 44 (D. D.C. 2004)................................................................12, 14-15

Department of the Interior and Bureau of Indian Affairs v. Klamath
Water Users Protective Ass'n, 532 U.S. 1 (2001) ...............................................13

John Doe Agency v. John Doe Corp., 493 U.S. 146 (1989)........................................6

Judicial Watch v. Department of Justice, 432 F.3d 366 (D.C. Cir. 2005)....................13

Keys v. Department of Justice, 830 F.2d 337 (D.C. Cir. 1987) ...................................10

Leadership Conference on Civil Rights v. Gonzales,
404 F. Supp. 2d 246 (D. D.C. 2005)...............................................................12-13

National Ass'n of Gov't Employees v. Campbell, 593 F.2d 1023 (D.C. Cir. 1978)......................5

NLRB v. Sears, Roebuck & Co., 421 U.S. 132 (1975) ...........................................12, 15

Open America v. Watergate Special Prosecution Force,
547 F.2d 605 (D.C. Cir. 1976).............................................................................3

PHE, Inc. v. Department of Justice, 983 F.2d 248 (D.C. Cir. 1993)............................15

Public Citizen Health Research Group v. Food & Drug Admin.,
185 F.3d 898 (D.C. Cir. 1999)..............................................................................5

Rosenthal and Schanfield v. Internal Revenue Serv., 1980 WL 1590,
at *1 (N.D. Ill. Apr. 22, 1980) ...........................................................................15

Stephenson v. Internal Revenue Serv., 629 F.2d 1140 (5th Cir. 1980).........................16

SafeCard Services, Inc. v. Securities and Exchange Comm'n,
926 F.2d 1197 (D.C. Cir. 1991)........................................................................8, 10-11

Schiller v. NLRB, 964 F.2d 1205 (D.C. Cir. 1992)..........................................................9

Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973) ................................................9, 10-11

Weisberg v. United States Dep't of Justice, 705 F.2d 1344 (D.C. Cir. 1983)................6

STATUTES AND REGULATIONS:

Fed. R. Civ. P. 56, 56(c) ........................................................................................1, 5
Local Civil Rule 56.1 ...................................................................................................1
5 U.S.C. § 552, (b), (b)(3), (b)(5) & (6) ..........................................................1, 3-5, 9
26 U.S.C. § 6103 ......................................................................................................4
26 C.F.R. § 601.702 ...................................................................................................2
44 U.S.C. § 3101 ......................................................................................................6
Treasury Regulation Section 1.103-8(f), T.D. 7199...............................................1-2, 6