**EXHIBIT 1**

Barbara T. Kaplan
Tel. (212) 801-9250
Fax (212) 801-6400
kaplanb@gtlaw.com

August 25, 2005

**VIA CERTIFIED MAIL**

IRS FOIA Request
Headquarters Disclosure Office
CL:GLD:D
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

Re: Freedom of Information Act Request

Dear Sir or Madam:

Under the provisions of the Freedom of Information Act, 5 U.S.C. § 552 and the regulations thereunder, I request copies of any and all documents, reports, records, memoranda, correspondence, notes, research, or other written or electronic materials, including public comments and hearing transcripts, that pertain to or were considered, reviewed, or referred to by Internal Revenue Service or Treasury Department personnel in connection with the promulgation, and any amendments thereto, of Treasury Regulation Section 1.103-8(f), T.D. 7199 (copy attached).

For purposes of responding to this request, the term "document" or "record" includes, without limitation, memoranda, agreements, papers, correspondence, notes, studies, graphs, diagrams, photographs, charts, projections, tabulations, analyses, questionnaires and responses, work papers, summaries, data sheets, reports, statistical or informational accumulations, data processing cards or worksheets, computer stored and generated documents, computer databases, computer disks and formats, machine readable electronic files or records maintained on a computer, telexes, telegrams, electronic mail (commonly referred to as "e-mail"), and similar or related documents and materials.

Please send copies of these records to Barbara T. Kaplan, Esq., Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166. I agree to pay any search, duplicating and review fees.

Should you determine that any portion of the records or information I request is exempt, please supply me with a copy of the portion considered nonexempt. If all of any

Internal Revenue Service
August 25, 2005
Page 2

part of this request is denied, please notify me of the specific exemption(s) you think justifies your refusal to release the information.

    If you have any questions, please contact me at 212-801-9250. Thank you in advance for your assistance.

                                  Sincerely,

                                  Barbara T. Kaplan

Enclosure

**Federal Regulations**

## Reg § 1.103-8. Interest on bonds to finance certain exempt facilities.

**Caution:** Reg. §1.103-8, following, was issued under Code section 103 before the related provisions of that Code section were deleted by P.L. 99-514 (10/22/86). Provisions similar to, but not necessarily identical to, the provisions deleted from Code section 103 now appear in Code section 142.

**Caution:** The Treasury has not yet amended Reg § 1.103-8 to reflect changes made by P.L. 107-16

\*\*\*

(f) **Certain public utility facilities.**

(1) *General rule.*

(i) Section 103(b)(4)(E) provides that section 103(b)(1) shall not apply to obligations issued by a State or local governmental unit which are part of an issue substantially all of the proceeds of which are to be used to provide sewage disposal facilities, solid waste disposal facilities, or facilities for the local furnishing of electric energy or gas. In order to qualify under section 103(b)(4)(E) as an exempt facility, the facility must satisfy the public use requirement of paragraph (a)(2) of this section. A public utility facility described in this subparagraph (with the exception of sewage and solid waste disposal facilities which will be treated in all events as serving the general public) will satisfy the public use requirement only if such facility, or the output thereof, is available for use by members of the general public.

(ii) A facility for the local furnishing of electric energy or gas is, for purposes of applying the public use test in paragraph (a)(2) of this section, available for use by members of the general public if (a) the owner or operator of the facility is obligated, by a legislative enactment, local ordinance, regulation, or the equivalent thereof, to furnish electric energy or gas to all persons who desire such services and who are within the service area of the owner or operator of such facility, and (b) it is reasonably expected that such facility will serve or be available to a large segment of the general public in such service area. For rules with respect to facilities for the furnishing of water, see paragraph (h) of this section.

(2) *Definitions.* For purposes of section 103(b)(4)(E) and this paragraph—

(i) The term "sewage disposal facilities" means any property used for the collection, storage, treatment, utilization, processing, or final disposal of sewage.

(II)

(a) The term "solid waste disposal facilities" means any property or portion thereof used for the collection, storage, treatment, utilization, processing, or final disposal of solid waste. Only expenditures for that portion of property which is a solid waste disposal facility qualify as expenditures for solid waste disposal facilities. The fact that a facility which otherwise qualifies as a solid waste disposal facility operates at a profit will not, of itself, disqualify the facility as an exempt facility. However, whether a collection or storage facility qualifies as a solid waste disposal facility depends upon all of the facts and circumstances. Thus, land and facilities for the collection of materials to form a slag heap which is not preliminary to the recycling or other final disposal of such materials within a reasonable period of time will not qualify. The term does not include facilities for collection, storage, or disposal of liquid or gaseous waste except where such facilities are facilities which, under paragraph (a)(3) of this section, are functionally related and subordinate to a solid waste disposal facility.

(b) The term "solid waste" shall have the same meaning as in section 203(4) of the Solid Waste Disposal Act (42 U.S.C. 3252(4)), except that for purposes of this paragraph, material will not qualify as solid waste unless, on the date of issue of the obligations issued to provide the facility to dispose of such waste material, it is property which is useless, unused, unwanted, or discarded solid material, which has no market or other value at the place where it is located. Thus, where any person is willing to purchase such property, at any price, such material is not waste. Where any person is willing to remove such property at his own expense but is not willing to purchase such property at any price, such material is waste. Section 203(4) of the Solid Waste Disposal Act provides that:

(4) The term "solid waste" means garbage, refuse, and other discarded solid materials, including solid-waste materials resulting from industrial, commercial, and agricultural operations, and from community activities, but does not include solids or dissolved material in domestic sewage or other significant pollutants in water resources, such as silt, dissolved or suspended solids in industrial waste water effluents, dissolved materials in irrigation return flows or other common water pollutants.

(c) A facility which disposes of solid waste by reconstituting, converting, or otherwise recycling it into material which is not waste shall also qualify as a solid waste disposal facility if solid waste (within the meaning of (b) of this subdivision (II)) constitutes at least 65 percent, by weight or volume, of the total materials introduced into the recycling process. Such a recycling facility shall not fail

to qualify as a solid waste disposal facility solely because it operates at a profit.

(d) For rules relating to property which has both a solid waste disposal function and a function other than the disposal of solid waste, see §17.1 of this chapter.

(III) The term "facilities for the local furnishing of electric energy or gas" means property which—

(a) Is either property of a character subject to the allowance for depreciation provided in section 167 or land,

(b) Is used to produce, collect, generate, transmit, store, distribute, or convey electric energy or gas.

(c) Is used in the trade or business of furnishing electric energy or gas, and

(d) Is a part of a system providing service to the general populace of one or more communities or municipalities, but in no event more than 2 contiguous counties (or a political equivalent) whether or not such counties are located in one State.

For purposes of this subdivision, a city which is not within, or does not consist of, one or more counties (or a political equivalent) shall be treated as a county (or a political equivalent). A facility for the generation of electric energy otherwise qualifying under this subdivision will not be disqualified because it is connected to a system for interconnection with other public utility systems for the emergency transfer of electric energy.

The facilities need not be located in the area served by them. Also, the term "facilities for the local furnishing of electric energy or gas" does not include coal, oil, gas, nuclear cores, or other materials performing a similar function.

\*\*\*

T.D. 7199, 7/31/72, amend T.D. 7362, 6/17/75, T.D. 7511, 9/30/77, T.D. 7737, 11/14/80, T.D. 7840, 10/12/82, T.D. 7848, 11/10/82, T.D. 7869, 1/12/83, T.D. 8476, 6/14/93, T.D. 8538, 5/5/94, T.D. 8718, 5/8/97.

Document Title: Reg §1.103-8 Interest on bonds to finance certain exempt facilities.
Checkpoint Source: Final, Temporary & Proposed Regulations

© Copyright 2005 RIA. All rights reserved.