**EXHIBIT 4**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Babara T. Kaplan
Greenberg Traurig, LLP
MetLife Buidling
200 Park Avenue
New York, NY  10166

**Person to Contact:**
Ms. Rascoe
**Telephone Number:**
(202) 622-3662
**Refer Reply to:**
SE:S:CLD:GLD:D3:/2006-00207
**Date: November 28, 2005**

Dear Ms. Kaplan:

We must ask for additional time to locate and consider releasing the Internal Revenue Service records covered in your Freedom of Information Act (FOIA) request dated August 25, 2005, received in our office on November 4, 2005. We will try to respond within 60 days from the date of this letter. We are sorry for any inconvenience the delay may cause.

**IF YOU AGREE TO THIS VOLUNTARY EXTENSION**
If you agree too this extension of time, no reply to this letter is necessary. You will still have the right to file an appeal if we subsequently deny any request. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the person whose name and telephone number are shown above.

**IF YOU DO NOT AGREE TO THIS VOLUNTARY EXTENSION**
If you do not agree to this extension and do not want to modify the scope of your request, you may file suit. See 5 U.S.C. 552(a)(6)(C)(i). You may not appeal this letter. See revised FOIA regulations, at 31 C.F.R. 1.5(j) and 65 FEDERAL REGISTER 40504-4016 (June 30, 2000).

To file suit you must petition the U.S. District Court in the district in which you live or work, or where the records are located, or in the District Columbia, to obtain a response to your request. Your petition will be treated according to the Federal Rules of Civil Procedure which apply to actions against any agency of the United States. These procedures require that the IRS be notified of the pending suit, through service of process, which should be directed:

Commissioner of Internal Revenue
Attention: CC:PA:DPL
1111 Constitution Avenue, NW
Washington, DC  20224

Ms. Kaplan
Page 2.

If the court concludes you have unreasonably refused to limit your request or to accept the alternate timeframe for response, it may find that our failure to meet the statutory time frames in the FOIA is justified. See 5 U.S.C. 552(a)(6)(C)(iii).

We hope you will agree to allow us more time to process your request. If you wish to contact us, please call the person whose name and telephone number are shown above.

We will try to make our determination and provide the appropriate responsive information to you as quickly as possible.

Sincerely,

Symeria R. Rascoe
Tax Law Specialist
Disclosure Office D3 - FOIA
Badge # 50-05919