**EXHIBIT 6**

Case 1:05-cv-02431-RBW   Document 9-12   Filed 06/16/2006   Page 1 of 3



U.S. Department of Justice

Tax Division

*Civil Trial Section, Eastern Region*

---

EJO'C: DAH: DMKatinsky
5-16-3958
CMN 2006101343

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6435*
*Telecopier: (202) 514-6866*

April 7, 2006

**BY FEDERAL EXPRESS**

David P. Callet, Esq.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006

    Re:   Georgia-Pacific Corp. v. Internal Revenue Service
            Civil No. 05-02431 (RBW) (USDC DDC)

Dear Mr. Callet:

    I am enclosing one box of documents provided to me by the Internal Revenue Service for release to Georgia-Pacific Corp., which are responsive to its August 25, 2005 FOIA request at issue in the above-captioned action. The Service located 3,656 pages of documents responsive to plaintiff's request. Of these pages, 2,918 pages are being released in full and 125 pages are being released in part and withheld in part. All these releasable pages should be included along with this letter.

    In addition to the 125 pages being withheld in part, 613 pages are being withheld in full. The withholdings are based on (1) 5 U.S.C. § 552(b)(3), in conjunction with 26 U.S.C. § 6103, (2) 5 U.S.C. § 552(b)(5), and (3) 5 U.S.C. § 552(b)(6). With respect to the pages being partially withheld, a notation in the margin by each redaction reflects the exemption being asserted. We will explain the factual bases for these exemption claims, as well as describe the search that produced these documents, in declarations to be produced on or before May 12, 2006. Please note that the attorney with the Office of Assistant Chief Counsel (Disclosure & Privacy Law) who is working on this case is out of the office until April 18,

- 2 -

2006. She did, however, work extremely hard to ensure that the enclosed documents could be produced now, well in advance of the promised April 21 deadline.

                              Sincerely yours,

                              DAVID M. KATINSKY
                              Trial Attorney
                              Civil Trial Section, Eastern Region

Enclosure

cc:    (By courier)
       Deborah Lambert-Dean, Esq.
       Office of Chief Counsel Disclosure
       111 Constitution Ave., NW
       Room 5501
       Washington, DC 20224

       Brittney Campbell, Esq.

1633337.1