IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-02431 (RBW)<br>Judge Reggie B. Walton |

## ORDER

This matter having come before this Court on Plaintiff's Motion for Partial Summary Judgment and *In Camera* Review of Improperly-Withheld Documents,

**IT IS ORDERED:**

1. That Defendant Internal Revenue Service (IRS) has performed an inadequate search and must therefore resume its search and produce all documents explaining the fact of or reason for the substantial modification to the definition of "solid waste" as published in Treasury Regulation Section 1.103-8(f), T.D. 7199;

2. That if documents explaining the fact of or reason for the substantial modification to the definition of "solid waste" as published in Treasury Regulation Section 1.103-8(f), T.D. 7199 do not exist, IRS must so state;

3. That the following documents be released in full to Plaintiff:

    - Pages 1230-1234 (found at Declaration pp. 35-6, subsection (ll));
    - Pages 2152-2156 (found at Declaration p. 40, subsection (aaa));
    - Pages 883-1015 (found at Declaration p. 25, subsection (f));
    - Pages 1028-1042 (found at Declaration p. 25, subsection (f));
    - Pages 1332-1333 (found at Declaration p. 25, subsection (f));
    - Pages 1378-1440 (found at Declaration p. 25, subsection (f));
    - Pages 2080-2148 (found at Declaration p. 25, subsection (f)); and

2

4. That summary judgment be GRANTED to Plaintiff Georgia-Pacific pending the outcome of IRS's full and complete search for documents responsive to Georgia-Pacific's request.

_____
Judge Reggie B. Walton

DATED: _____