IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV02431 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on defendant's cross-motion for summary judgment. Having considered the motion, any opposition, and the entire record of the case, the Court GRANTS the motion. Accordingly, the Court ORDERS that this matter is DISMISSED WITH PREJUDICE.

So ordered this ___ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 16th day of June, 2006, by mailing, postage prepaid, addressed to:

>David P. Callet, Esq.
>Greenberg Traurig LLP
>800 Connecticut Avenue, NW
>Suite 500
>Washington, D.C. 20006

     <u>/s/ Brittney N. Campbell</u>
     BRITTNEY N. CAMPBELL