IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV02431 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter comes before the Court on defendant's and plaintiff's cross-motions for summary judgment. Having considered the plaintiff's and defendant's motions, plaintiff's and defendant's oppositions, and the entire record of the case, it is

ORDERED that the defendant's motion for summary judgment is GRANTED;

ORDERED that the plaintiff's motion for summary judgment is DENIED;

ORDERED that the Clerk shall enter judgment in favor of the defendant; and it is further

ORDERED that the Clerk distribute copies of this Order to the parties listed below.

So ordered this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brittney N. Campbell
David P. Callet, Esq.

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 8th day of June, 2006, by mailing, postage prepaid, addressed to:

> David P. Callet, Esq.
> Greenberg Traurig LLP
> 800 Connecticut Avenue, NW
> Suite 500
> Washington, D.C. 20006

    /s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL