UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2431 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Memorandum Opinion that will be issued hereafter, it is hereby

**ORDERED** that the defendant's motion for summary judgment on the issue of the adequacy of its search for documents responsive to the plaintiff's Freedom of Information Act ("FOIA") request is GRANTED. It is further

**ORDERED** that the plaintiff's cross-motion for summary judgment on this issue is DENIED. It is further

**ORDERED** that the plaintiff's unopposed request for an in camera review of the seven documents that it argues have been improperly withheld under FOIA exemption 5 is GRANTED. Both parties' motions for summary judgment on this issue are therefore denied without prejudice. The defendant shall submit the disputed documents to the Court for in camera review by April 27, 2007. If, after reviewing the documents, the Court concludes that they were properly withheld under the claimed FOIA exemption, it will issue a supplemental Memorandum Opinion and modified Order granting the defendant's motion for summary judgment on that ground and

denying the plaintiff's cross-motion. On the other hand, if the Court concludes after its <u>in camera</u> review that any or all of the documents in question should be produced to the plaintiff, it will issue a supplemental Memorandum Opinion and modified Order to that effect. It is further

**ORDERED** that the status conference currently set for April 13, 2007, is hereby vacated and rescheduled for July 10, 2007, at 9:30 a.m.

**SO ORDERED** this 30th day of March, 2007.

REGGIE B. WALTON
United States District Judge