IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGIA-PACIFIC CORP., *Plaintiff*, v. INTERNAL REVENUE SERVICE, *Defendant*. | Civil Action No. 05-02431(RBW) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF GEORGIA-PACIFIC CORPORATION

PLEASE TAKE NOTICE that Plaintiff Georgia-Pacific Corporation hereby substitutes John C. Millian and Eugene Scalia of GIBSON, DUNN & CRUTCHER LLP for David P. Callet and Ross E. Eisenberg of GREENBERG TRAURIG LLP as its counsel of record.

Dated: April 7, 2008    GREENBERG TRAURIG LLP

By: /s/ David P. Callet
David P. Callet (D.C. Bar No. 181990)

2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
(202) 331-3100
(202) 331-3101 (fax)

*Withdrawing Counsel for Plaintiff Georgia-Pacific Corp.*

Dated: April 4, 2008    GIBSON, DUNN & CRUTCHER LLP

By: /s/ John C. Millian
John C. Millian (D.C. Bar No. 413721)
Eugene Scalia (D.C. Bar No. 447524)

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
(202) 955-0539 (fax)

*Substituting Counsel for Plaintiff Georgia Pacific Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted on April 7, 2008, to the following counsel registered to receive electronic service:

Brittney N. Campbell
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

David M. Katinsky
U.S. Department of Justice
Tax Division
P.O. Box 227
Washington, D.C. 20044

/s/ David P. Callet
David P. Callet (D.C. Bar No. 181990)